# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. TYRONE TREAT, an individual, )<br>)<br>  Plaintiff, )<br>vs. )<br>)<br>1. TIC-THE INDUSTRIAL COMPANY, )<br>a foreign for profit business corporation, )<br>)<br>  Defendant. )<br>) | Case No. 17-CV-467-CVE-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Tyrone Treat, by and through his counsel of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and Defendant, TIC-The Industrial Company, by and through its counsel of record, Jason Taylor of *Conner & Winters*, hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this ___ day of April, 2018.

Respectfully Submitted,

/s/Charles C. Vaught
Charles C. Vaught, OBA #19962
Armstrong & Vaught
2727 East 21st Street, Suite 505
Tulsa, OK 74114
918.582.2500 (Phone)
918.583.1755 (Facsimile)
*Attorney for Plaintiff*

/s/ Jason S. Taylor
*(signed by Plaintiff's attorney with permission of Defendant's attorney)*
Conner & Winters, LLP
4000 One Williams Center
Tulsa, OK 74172
918.586.8975 (Phone)
918.586.8675 (Facsimile)
*Attorney for Defendant*